## FISHER V. BANTA.

*Reference — to compute amount due — order directing referee to carry out his decision erroneous.*

In an action brought by legatees for the construction of a will and for the payment of their legacies, the court, in the order for judgment, appointed a referee to inquire into and compute the amount of the estate, the moneys paid on the legacies and the amount due to the legatees on account thereof. The order further directed certain of the parties to pay over such assets of the estate as might be in their hands, and the referee to pay out the moneys received, to satisfy the legacies. *Held*, that so much of the order as made the referee receiver, with authority to carry out his decision, was not proper.

MOTION for a new trial upon exceptions taken to the findings of fact and conclusions of law of the court in an action tried at

special term. The action was brought in Erie county by Philena B. Fisher and others, against George Hubbell and others, among whom were the defendant Stanley A. Banta, to obtain the construction of two wills. The case, on a former hearing before the general term, is reported *sub nom. Fisher* v. *Hubbell,* in 1 N. Y. Sup. at page 97.

*W. W. Rowley* and *De L. Crittenden,* for plaintiffs.

*Morse & Wells,* for defendants.

E. DARWIN SMITH, J.

The head-note states fully the only point passed upon in the opinion.

*Order for judgment modified.*